IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| **CHARLES E. STILL, MEMBER** <br> **SUMMER RESOURCES, LLC** | **PLAINTIFF** |
| v.   CASE NO. 2:10-CV-02074-RTD | |
| **MERCHANTS HOLDING COMPANY, LLC** <br> **and KIEWIT SOUTHERN COMPANY** | **DEFENDANTS** |
| **KIEWIT SOUTHERN COMPANY** | **THIRD-PARTY PLAINTIFF** |
| v. | |
| **BLAKE CONSTRUCTION COMPANY, INC.** | **THIRD-PARTY DEFENDANT** |
| **MERCHANTS HOLDING COMPANY, LLC** | **THIRD-PARTY PLAINTIFF** |
| v. | |
| **CONSTRUCTION & PROPERTY** <br> **CONSULTANTS, INC.** | **THIRD-PARTY DEFENDANT** |
| **FORT SMITH PAVILION, LLC** | **CROSS-CLAIMANT** |
| v. | |
| **KIEWIT SOUTHERN COMPANY and** <br> **BLAKE CONSTRUCTION COMPANY, INC.** | **CROSS-DEFENDANTS** |
| **FORT SMITH PAVILION, LLC** | **THIRD-PARTY PLAINTIFF** |
| v. | |
| **ROVANN LLC, MORRISON-SHIPLEY** <br> **ENGINEERS, INC., and TERRACON** <br> **CONSULTANTS, INC.** | **THIRD-PARTY DEFENDANTS** |

# ORDER

Before the Court is the Third Party Defendant, Construction and Property Consultants, Inc. Motion to Direct Mediation (ECF No. 55) filed on December 10, 2010. The Motion was referred to the undersigned on December 20, 2010 (ECF No. 56) and the court entered an Order directing the parties to confer and contact the court (ECF No. 56) on December 20, 2010.

On December 22, 2010 the Plaintiff filed a Response (ECF No. 58) objecting to any mediation at the present time. On February 28, 2011 a Second Amended Complaint (ECF No. 66) was filed and an Unopposed Motion to Continue (ECF No. 67) was filed on March 2, 2011.

The court finds the Motion to Direct Mediation is **DENIED** at this time as premature. Once the case has been reset for trial the court will enter and order setting the matter for a settlement conference.

IT IS SO ORDERED this 8th day of March 2011.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge